IN THE SUPREME COURT OF TEXAS

 No. 09-0020

 IN RE WILMER CUTLER PICKERING HALE AND DORR LLP

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief to stay
proceedings, filed January 9, 2009, is granted. All trial court
proceedings in Cause No. 401-00568-2008, styled McAffee, Inc. v. Wilmer,
Cutler, Pickering, Hale and Dorr, L.L.P., in the 401st District Court of
Collin County, Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 20, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk